

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Gary Shane Bien,

Vs. No. 11-18-00206-CR

The State of Texas,

\* From the 42nd District Court
of Taylor County,
Trial Court No. 27513A.

\* August 20, 2020

\* Memorandum Opinion by Judge Trotter
(Panel consists of: Bailey, C.J.;
Wright, S.C.J., sitting by assignment;
and Judge Trotter, sitting by
assignment)
(Stretcher, J., and Willson, J.,
not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.